OCTOBER 10, 1956.

No. 20.   MESAROSH, ALIAS NELSON, ET AL. *v.* UNITED STATES.

Argued and decided October 10, 1956.*

*Per Curiam:* The motion of the Government to remand the case to the District Court is denied.

The judgment is vacated and the case is remanded to the District Court with instructions to grant the defendants a new trial.

MR. JUSTICE FRANKFURTER, MR. JUSTICE BURTON, and MR. JUSTICE HARLAN dissent, believing the Government's motion to remand should be granted, and reserve the right to file an opinion.

*Solicitor General Rankin* argued in support of the Government's motion to remand. *Assistant Attorney General Tompkins* was with him on the motion. *Frank J. Donner* argued in opposition to the Government's motion and in support of petitioners' motion that the case be remanded to the District Court for a new trial. *Arthur Kinoy, Marshall Perlin* and *Hubert T. Delany* were with him on petitioners' motion and a supporting memorandum.